**Paul Mankin, Esq. (264038)**
**Law Offices of Paul Mankin, IV**
**8730 Wilshire Blvd #310**
**Beverly Hills, CA 90211**
**Phone: 877 219-3577**
**Fax: 866 633-0228**
**pmankin@paulmankin.com**
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YVONNE GLEASON,** | Case No. 5:15-cv-02517-KK |
| **Plaintiff,** | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **NAVIENT SOLUTINS, INC., AND DOES 1 THROUGH 10, inclusive,** | |
| **Defendant.** | |

NOW COMES Plaintiff by and through her attorney to respectfully provide this Honorable Court with notice of Plaintiff dismissal of this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 21st Day of December 2015

By: /s/ L. Paul Mankin, IV
Law Offices of Paul Mankin, IV
Attorney for Plaintiff

**Filed electronically on this 21st day of December, 2015, with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**Dennis N. Lueck, Jr.**
**Akermann, LLP**
**1400 Wewatta Street, suite 500**
**Denver, CO 80202**
**Dennis.lueck@akerman.com**

**/s/L. Paul Mankin**
**L. Paul Mankin**